| | |
|---|---|
| 1  LATHAM & WATKINS LLP | |
|    Manuel A. Abascal (Bar No. 171301) | |
| 2      (manny.abascal@lw.com) | |
|    Kristen M. Tuey (Bar No. 252565) | |
| 3      (kristen.tuey@lw.com) | |
|    Leila B. Azari (Bar No. 262443) | JS-6 |
| 4      (leila.azari@lw.com) | |
|  355 South Grand Avenue | |
| 5  Los Angeles, California  90071-1560 | |
|  Telephone:  +1.213.485.1234 | |
| 6  Facsimile:  +1.213.891.8763 | |

Attorneys for Plaintiff
Hilliard Williams

Timothy J. Kral, Esq. (State Bar No. 200919)
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999
tjk@manningllp.com

Attorneys for Defendants JAMES WILLIAMS and JOSEPH FORTELNY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILLIARD WILLIAMS, an individual, | CASE NO. CV08-7958 JVS (FMOx) |
| Plaintiff, | **ORDER RE: DISMISSAL WITH PREJUDICE** |
| v. | |
| JAMES WILLIAMS, an individual; and JOSEPH FORTELNY, an individual, | Honorable James V. Selna<br>Courtroom:  10C |
| Defendants. | |

Pursuant to the Stipulation re: Dismissal filed on January 5, 2012, IT IS HEREBY ORDERED that Plaintiff's claims against Defendants James Williams, Joseph Fortelny, and the County of Los Angeles are DISMISSED WITH PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).  All pending and future litigation events and deadlines are hereby canceled.  The Court shall retain jurisdiction over this matter in the event of any dispute concerning the meaning or enforcement of this Order or of the settlement agreement between the parties.

**IT IS SO ORDERED.**

DATE: January 06, 2012

_____
The Honorable James V. Selna
United States District Judge

Respectfully Submitted,

LATHAM & WATKINS LLP
  Manuel A. Abascal
  Kristen M. Tuey
  Leila B. Azari

By:  /s/ Kristen M. Tuey
Kristen M. Tuey
Attorneys for Plaintiff Hilliard Williams

**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**

By:   /s/  Timothy J. Kral
Timothy J. Kral, Esq.
Attorneys for Defendants,
JAMES WILLIAMS and J. FORTELNY

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

LA\2423753.1

1

[PROPOSED] ORDER RE: DISMISSAL
WITH PREJUDICE