| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | LATHAM & WATKINS LLP<br>  Manuel A. Abascal (Bar No. 171301)<br>    (manny.abascal@lw.com)<br>  Kristen M. Tuey (Bar No. 252565)<br>    (kristen.tuey@lw.com)<br>  Leila B. Azari (Bar No. 262443)<br>    (leila.azari@lw.com)<br>355 South Grand Avenue<br>Los Angeles, California  90071-1560<br>Telephone:  +1.213.485.1234<br>Facsimile:  +1.213.891.8763 |
| 7<br>8 | Attorneys for Plaintiff<br>Hilliard Williams |
| 9<br>10<br>11<br>12<br>13 | Timothy J. Kral, Esq. (State Bar No. 200919)<br>**MANNING & KASS**<br>**ELLROD, RAMIREZ, TRESTER LLP**<br>15th Floor at 801 Tower<br>801 South Figueroa Street<br>Los Angeles, CA 90017<br>Telephone: (213) 624-6900<br>Facsimile: (213) 624-6999<br>tjk@manningllp.com |
| 14 | Attorneys for Defendants JAMES WILLIAMS and JOSEPH FORTELNY |

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HILLIARD WILLIAMS, an individual,<br><br>            Plaintiff,<br><br>     v.<br><br>JAMES WILLIAMS, an individual; and JOSEPH FORTELNY, an individual,<br><br>            Defendants. | CASE NO. CV08-7958 JVS (FMOx)<br><br>**ORDER RE: DISMISSAL WITH PREJUDICE**<br><br>Honorable James V. Selna<br>Courtroom:  10C |

1  Pursuant to the Stipulation re: Dismissal filed on January 5, 2012, IT IS HEREBY
2  ORDERED that Plaintiff's claims against Defendants James Williams, Joseph
3  Fortelny, and the County of Los Angeles are DISMISSED WITH PREJUDICE
4  pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii).  All pending and future
5  litigation events and deadlines are hereby canceled.  The Court shall retain
6  jurisdiction over this matter in the event of any dispute concerning the meaning or
7  enforcement of this Order or of the settlement agreement between the parties.

9  **IT IS SO ORDERED.**

13  DATE: January 06, 2012                    _____
                                               The Honorable James V. Selna
                                               United States District Judge

16  Respectfully Submitted,
17  LATHAM & WATKINS LLP
      Manuel A. Abascal
18    Kristen M. Tuey
      Leila B. Azari

20  By:  /s/ Kristen M. Tuey
21  Kristen M. Tuey
    Attorneys for Plaintiff Hilliard Williams

23  **MANNING & KASS**
    **ELLROD, RAMIREZ, TRESTER LLP**
24

25  By:   /s/  Timothy J. Kral
26  Timothy J. Kral, Esq.
    Attorneys for Defendants,
27  JAMES WILLIAMS and J. FORTELNY

28